[No. 29593-1-III. Division Three. February 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB GANN, *Appellant*.

 *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 29688-1-III. Division Three. February 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DALE BROCKMILLER, *Appellant*.

 *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[Nos. 64529-3-I; 64792-0-I. Division One. February 21, 2012.]

KAREN A. STEVENSON, *Appellant*, v. DAVID M. CANNING, *as Personal Representative*, *Respondent*.

 *in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Leach, J.

[Nos. 65062-9-I; 66161-2-I. Division One. February 21, 2012.]

MARGIE (MEG) JONES, *as Guardian, Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

 *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Leach, JJ.